**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

OSCAR ANDRES LARA FIGUEROA,

Petitioner,

v.

JASON KNIGHT, *et al.*,

Respondents.

Case No.: 2:26-cv-03083-RFB-BNW

**ORDER**

On September 24, 2026, Petitioner Oscar Andres Lara Figueroa initiated this counseled immigration habeas proceeding under 28 U.S.C. § 2241 by submitting a Petition for Writ of Habeas Corpus together with an Emergency Motion for Temporary Restraining Order and, in the Alternative, Preliminary Injunction, and he paid the full $5 filing fee. See ECF Nos. 1, 2. The Court is aware that Petitioner has at least two other pending habeas proceedings in this District: Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW and Figueroa v. Blanche, No. 2:26-CV-03026-RFB-MDC ("Blanche"). The Court entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions in the latter case, appointing Petitioner counsel and enjoining Respondents from removing him from this District. Blanche, ECF No. 3. The Court entered orders in both cases explaining that it cannot consider the petition filed in the 02973 Case because it does not pertain to Petitioner and is not personally signed by him or on his behalf. See id. at ECF No. 5. The Court is sympathetic to Petitioner's circumstances, but he and his attorney Gary S. Fink are cautioned that filing duplicative lawsuits is an abusive litigation practice that strains the Court's limited resources and delays the time in which the Court can address the merits of any matter.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 1, 2026**, Petitioner, with the assistance of his attorney Gary S. Fink, must confer with Petitioner's appointed counsel

in Blanche and determine with habeas proceeding and counsel with which Petitioner intends to proceed.

**IT IS FURTHER ORDERED** that, on or before **October 2, 2026**, Petitioner with the assistance of counsel, must file a notice with the Court stating how he intends to proceed with his several pending habeas proceedings and attorneys.

The Clerk of Court is **DIRECTED** to file a courtesy copy of this Order in Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW and Figueroa v. Blanche, No. 2:26-CV-03026-RFB-MDC.

**DATED:** September 25, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**